UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-00578-RGK-JPR | Date | March 26, 2021 |
|---|---|---|---|
| Title | Rochelle Bryant et al v. City of Pomona et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed the answer filed by defendant City of Pomona on March 25, 2021 [28]. Defendant City of Pomona shall show cause, in writing, not later than March 30, 2021 why the answer should not be stricken as untimely. According to the case docket, defendant City of Pomona's answer was due February 18, 2021 [24].

**IT IS SO ORDERED.**

                                                                                                          :

                                                        Initials of Preparer    slw